IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERNEST BRAGGS                                    :

      Plaintiff,                              :

vs.                                              :       CIVIL ACTION 10-00058-WS-C

KEITH REALTY MIDTOWN/                            :
CORPORATE OVERSEER, et al.,
                                                 :
      Defendants.

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation

to which objection is made, the Report and Recommendation of the Magistrate Judge made

under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court.   It is ORDERED

that Plaintiff's claims against Defendants Keith Realty Midtown/Corporate Overseer, Robert

Keith, Nofio Pecoraro, Susan Milling, and Dauphin Realty, Inc., be and are hereby DISMISSED

without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for

failure to state a claim upon which relief may be granted.

DONE this 26th day of July, 2010.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE