IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERNEST BRAGGS | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-00058-WS-C |
| KEITH REALTY MIDTOWN/ CORPORATE OVERSEER, et al., | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's claims against Defendants Keith Realty Midtown/Corporate Overseer, Robert Keith, Nofio Pecoraro, Susan Milling, and Dauphin Realty, Inc., be and are hereby DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

DONE this 26th day of July, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE